| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:03CR00153(RNC) |
| | 2:05-CR | DOCKET NUMBER *(Rec. Court)* 0274 FCD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tin Iv 5249 River Creek Dr. Stockton, CA 95219 | CONNECTICUT | HARTFORD |
| | NAME OF SENTENCING JUDGE The Honorable Robert N. Chatigny Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM / TO |

OFFENSE

CT 1: Conspiracy to Defraud the United States (18:371)
CT 5: Marriage Fraud (8:1325(c) and 18:2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/21/05
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/12/05
Effective Date

United States District Judge